EARL THOMAS, BY HIS NEXT FRIEND, E. G. McCULLOUGH, v. THE GREAT
ATLANTIC AND PACIFIC TEA COMPANY.

(Filed 23 April, 1930.)

APPEAL by plaintiff from *Clement, J.,* at October Term, 1929, of
STANLY.

Civil action by plaintiff, clerk in the defendant's grocery store, to
recover for an injury sustained on 6 April, 1928, while he was cutting a
piece of cheese for a customer with a dull, long-bladed and short-handled
knife, which slipped and caused him to cut his finger—later becoming

infected—said knife having been used by plaintiff for the same purpose for about six months.

From a judgment of nonsuit entered at the close of plaintiff's evidence the plaintiff appeals, assigning errors.

*O. J. Sikes and G. Hobart Morton for plaintiff.*
*I. R. Burleyson for defendant.*

PER CURIAM. We perceive no valid reason for disturbing the judgment of nonsuit. The principles and authorities applicable and pertinent are discussed in *Gaither v. Clement,* 183 N. C., 450, 111 S. E., 782, and *Wright v. Thompson,* 171 N. C., 88, 87 S. E., 963.

Affirmed.